United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 22-01722-JAW

Johnathan Bryan Gardner                                         Chapter 13

Kelly Youngblood Gardner

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                          Page 1 of 2

Date Rcvd: Apr 08, 2025                       Form ID: ntcdsm                       Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Johnathan Bryan Gardner, Kelly Youngblood Gardner, 100 Woodcliff Place, Brandon, MS 39042-1928 |
| cr | + | Independent Bank, c/o William P. Wessler, P.O.Box 175, Gulfport, MS 39502-0175 |
| 5390390 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, for Lakeview Loan Servicing, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5139912 | + | Merit Health Rankin, PO Box 127, Concord, NC 28026-0127 |
| 5139915 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 08 2025 19:48:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5164272 | + | EDI: AISACG.COM | Apr 08 2025 23:45:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5139909 | + | EDI: GMACFS.COM | Apr 08 2025 23:45:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 5141998 | ^ | MEBN | Apr 08 2025 19:44:34 | Elizabeth Crowell Price, Dean Morris, LLC, Counsel for Lakeview Loan Servicing LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5139910 | | Email/Text: gordie@i-bankonline.com | Apr 08 2025 19:48:00 | Independent Bank, 5050 Poplar Ave, Memphis, TN 38157 |
| 5146010 | | Email/Text: gordie@i-bankonline.com | Apr 08 2025 19:48:00 | Independent Bank, 5050 Poplar Avenue, Suite 110, Memphis, TN 38157 |
| 5162477 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 08 2025 19:48:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5139911 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 08 2025 19:48:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5139913 | + | Email/Text: bkrnotice@prgmail.com | Apr 08 2025 19:48:00 | Paragon Revenue Group, P O Box 127, Concord, NC 28026-0127 |
| 5139914 | ^ | MEBN | Apr 08 2025 19:44:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5168480 | | Email/Text: EDBKNotices@ecmc.org | Apr 08 2025 19:48:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 5139916 | + | Email/Text: ebone.woods@usdoj.gov | Apr 08 2025 19:48:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: ntcdsm | Total Noticed: 17 |
| TOTAL: 12 | | |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor Lakeview Loan Servicing  LLC Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Kelly Youngblood Gardner jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Johnathan Bryan Gardner jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kimberly D. Putnam | on behalf of Creditor Lakeview Loan Servicing  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Johnathan Bryan Gardner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kelly Youngblood Gardner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William P. Wessler | on behalf of Creditor Independent Bank william@wesslerbankruptcy.com |

TOTAL: 10

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  22−01722−JAW
Chapter:  13

In re:

Johnathan Bryan Gardner
100 Woodcliff Place
Brandon, MS 39042

Kelly Youngblood Gardner
100 Woodcliff Place
Brandon, MS 39042

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−3490                                    xxx−xx−3110

Employer Tax Identification No(s). (if any):

---

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on April 8, 2025.

Dated: 4/8/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600