United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 22-01722-JAW
Johnathan Bryan Gardner  Chapter 13
Kelly Youngblood Gardner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Apr 08, 2025     Form ID: pdf012     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Johnathan Bryan Gardner, Kelly Youngblood Gardner, 100 Woodcliff Place, Brandon, MS 39042-1928 |
| 5390390 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, for Lakeview Loan Servicing, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5139912 | + | Merit Health Rankin, PO Box 127, Concord, NC 28026-0127 |
| 5139915 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5164272 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2025 19:50:37 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5139909 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 08 2025 19:48:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 5141998 | ^ | MEBN | Apr 08 2025 19:44:35 | Elizabeth Crowell Price, Dean Morris, LLC, Counsel for Lakeview Loan Servicing LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5139910 | | Email/Text: gordie@i-bankonline.com | Apr 08 2025 19:48:00 | Independent Bank, 5050 Poplar Ave, Memphis, TN 38157 |
| 5146010 | | Email/Text: gordie@i-bankonline.com | Apr 08 2025 19:48:00 | Independent Bank, 5050 Poplar Avenue, Suite 110, Memphis, TN 38157 |
| 5162477 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 08 2025 19:48:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5139911 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 08 2025 19:48:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5139913 | + | Email/Text: bkrnotice@prgmail.com | Apr 08 2025 19:48:00 | Paragon Revenue Group, P O Box 127, Concord, NC 28026-0127 |
| 5139914 | ^ | MEBN | Apr 08 2025 19:44:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5168480 | | Email/Text: EDBKNotices@ecmc.org | Apr 08 2025 19:48:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 5139916 | + | Email/Text: ebone.woods@usdoj.gov | Apr 08 2025 19:48:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 11

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: pdf012 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor Lakeview Loan Servicing LLC Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Kelly Youngblood Gardner jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Johnathan Bryan Gardner jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kimberly D. Putnam | on behalf of Creditor Lakeview Loan Servicing LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Johnathan Bryan Gardner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Kelly Youngblood Gardner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William P. Wessler | on behalf of Creditor Independent Bank william@wesslerbankruptcy.com |

TOTAL: 10



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BANKRUPTCY NO. 22-01722-JAW
**JOHNATHAN BRYAN GARDNER**
**KELLY YOUNGBLOOD GARDNER**

### ORDER OF DISMISSAL

**THIS DAY,** the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DKT #112). After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerk of this Court a written responsive pleading to the Motion.

**IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com