IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                  CHAPTER 13 NO.:

JOHNATHAN BRYAN GARDNER
KELLY YOUNGBLOOD GARDNER                                        22 – 01722 – JAW

**RULE 3011 LIST OF UNCLAIMED FUNDS,
CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Johnathan Bryan Gardner  Kelly Youngblood Gardner | 100 Woodcliff Place  Brandon, MS 39042 | $ 32.53 |

THAT, this check was sent to the above named Debtors at the address listed above, which is the address listed on the Debtors' schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:    August    20   , 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Johnathan Bryan Gardner
Kelly Youngblood Gardner
100 Woodcliff Place
Brandon, MS 39042

Dated:    August    20   , 2025

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.