Generated: Aug 25, 2025 3:16PM                                                                 Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Aug 25, 2025 3:16PM

Harold J Barkley, Chapter 13 Trustee

Rcpt. No: 30000864         Trans. Date: Aug 25, 2025 3:16PM         Cashier ID: #SH (3823)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| UC | UNCLAIMED FUNDS | 22-01722-JAW | 1 | 32.53 | 32.53 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| CH | CHECK | #707522 | 08/25/2025 | $32.53 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $32.53 |
| Total Tendered: | $32.53 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Debtor**: Johnathan Bryan Gardner and Kelly Youngblood Gardner

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.